June 18, 1962.*

No. 1049, Misc. Parmer v. Illinois. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1138, Misc. French v. Cox, Warden, et al.;
No. 1246, Misc. Neal v. California;
No. 1279, Misc. Hicks v. Michigan et al.; and
No. 1292, Misc. Daugherty v. Tinsley, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 959. Gray, Chairman of the Georgia State Democratic Executive Committee, et al. v. Sanders. Appeal from the United States District Court for the Northern District of Georgia. Probable jurisdiction noted. Motion to advance denied. Mr. Justice Harlan would note probable jurisdiction and deny the motion to advance, with leave to the appellants to apply to this Court for a stay of the injunction order of the District Court pending determination of this appeal. *Eugene Cook,* Attorney General of Georgia, *B. D. Murphy* and *E. Freeman Leverett,* Deputy Assistant Attorneys General, and *Lamar W. Sizemore* for appellants. *Herman Heyman, Morris B. Abram* and *Robert E. Hicks* for appellee.

---

*Mr. Justice Frankfurter took no part in the consideration or decision of cases in which orders were this day announced.